**DENY; and Opinion Filed July 7, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00815-CV

### IN RE RIGOBERT CHAVEZ, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06446-E**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Brown
Opinion by Justice Brown

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its order compelling arbitration. The petition lacks a proper certification under rule 52.3(j). The rule 52.3(j) certification must include the statement that the person filing the petition "has reviewed the petition and concluded that every factual statement is supported by competent evidence included in the appendix or record." TEX. R. APP. P. 52.3(j). Because the petition is not properly certified, relator has failed to establish his right to relief. TEX. R. APP. P. 52.8. Accordingly, we **DENY** the petition.

/Ada Brown/
_____
ADA BROWN
JUSTICE

140815F.P05